Your Name: __Sergey Firsov__

Your Address: __333 Escuela ave, #141, Mountain view CA__

Phone Number: __650-2106804__

Email Address: __sfirsov1972@gmail.com__

Pro Se Plaintiff

FILED

JAN 12 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Sergey Firsov

Plaintiff,

v.

Scandinavian Airlines System Denmark-Norway-Sweden

Defendant.

Case Number    [leave blank]

**C** 26 00305 TSH

COMPLAINT

DEMAND FOR JURY TRIAL

Yes ☐    No ■

## I.    PARTIES

1.  Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: __Sergey Firsov__

Address: __333 Escuela ave, apt 141, Mountain view, CA 94040__

Telephone: __650-2106804__

2.  Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name: __Scandinavian Airlines System Denmark-Norway-Sweden__

Address: __Frösundaviks allé 1, Stockholm, SE-195 87, Sweden__

Telephone: __(800) 221-2350__

Defendant 2:

COMPLAINT                    PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

■ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?
Montreal convention 1999, Airline Deregulation Act 1978
_____

■ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

■ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV.    INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in ___San Francisco_____ County, it should be assigned to the ___San Francisco_____ Division of this Court.

## V.    STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6.** Use more pages as needed.

On 11/07/25 Plaintiff purchased ticket SFO-RIX-ATL on SAS with departure on 12/04/25 and return on 12/06/25, paid $1'007.33, booking A2LRUG. Plaintiff purchased "AC" hotel in Riga, Latvia and paid 85Euro, booking 71212222.

On 11/07/25 Plaintiff purchased connection ticket ATL-SFO on United with departure on 12/07/25, booking FDQ1MJ, paid $158.48. Plaintiff purchased "Four points of Sheraton" hotel in Atlanta and paid $99.57, booking 71148712.

On 11/07/25 Plaintiff called to SAS/AirBaltic and purchased space for cat, paid 70 and 99Euro.

Around 12/01/25 Defendant silently added Plaintiff to no-fly list and did not tell Plaintiff about it.

On 12/03/25 Plaintiff checked-in and got 2 boarding pass from Defendant on international flight.

On 12/03/25 Plaintiff was not able to select seats, because he is USA citizen and collects miles for Delta Airlines, but Defendant mandated that only loyal customers to SAS Airlines can select seats free of charge.

Plaintiff refused to pay extra money to select seats and was discriminated as USA citizen.

On 12/04/25 in SFO, CA Defendant refused to check-in Plaintiff with 2 baggages and pet.

Defendant refused to provide alternative flights on Lufthansa or KLM Airlines on same route SFO-RIX-ATL

Plaintiff lost all tickets/hotels and was delayed "forever". Defendant intentionally retaliated Plaintiff

According to articles 21 and 22 of Montreal convention Plaintitt has right to claim damages.

According to articles 1.3 and 36 of Montreal convention domestic connection with international flight considered as sinlge international flight. So, whole route SFO-RIX-ATL-SFO is a single trip, even purchased separately with 2 tickets. Defendant left StarAlliance, so connection between SAS Airlines and United Airlines was not possible anymore.

According to article 33 of Montreal convention Plaintiff can file a claim in SFO airport as destination.

According to article 27 of Montreal convention Defendant refused from contract AFTER contract was paid, confirmed and even issued boarding pass.

According to article 19 of Montral convention deny boarding is considered as DELAY forever.

According to article 22.1 and 22.2 of Montreal convention limit of liability is 1'519 SDR for baggage and 5'346 SDR for passenger. 1SDR = 1.44USD. According to article 22.5 of Montreal convention this proivision shall not apply if case of act/omission with intent to cause damage or recklessly and with knowledge that damage would probably result. Silently added Plaintiff to non-fly list is intention to make damage, so Plaintiff can ask punitive damages 10% of annual income of Defendant to prevent this issue in the future. SAS airlines revenue is around $4.1 billion USD in 2024/2025.

According to article 22.6 of Montreal convention court may award in accordance with its own law, in addition, the whole or part of the court costs and of the other expenses of the litigation.

Under ADA 1978 only federal courts have jurisdiction to resolve any civil aviation issues, even state law claims as breach of domestic or international contract.

Defendant refused to refund money to Plaintiff and pay 600 + 600 euro compensation under EU Regulation 261/2004 (EU261). Plaintiff has to purchase new SAME ticket as emergency expenses:

On 12/05/25 Plaintiff purchased new ticket SFO-RIX-ATL on United with departure on 12/05/25 and return on 12/07/25, paid $1'254.63, booking G474SC. On 12/06/25 Plaintiff purchased AC hotel in Riga and paid 128 euro.

On 12/06/25 Plaintiff purchased ticket ATL-SFO on United with departure on 12/09/25, paid 15'000 miles or $525 (1000miles = $35) and $5.60 fee, booking HRL0PV.

Plaintiff purchased "Four points of Sheraton" hotel in Atlanta and paid $113.58, booking 71148712.

Plaintiff purchased "MOXY" hotel in Frankfurt and paid 61euro, booking 92681014.

Plaintiff missed 1 working day for $65 per hour, so he lost $520 (=8h*$65). 1 EUR = 1.14 USD.

## VI.    CLAIMS

### First Claim

Name the law or right violated:

Montreal convention 1999- delay passenger/baggage/pet. ADA 1978 - right to sue airline

Name the defendants who violated it:

Scandinavian Airlines System Denmark-Norway-Sweden

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make legal arguments. You can refer to your statement of facts.

Each passenger has a right to secure, safe and health flight. Defendant has a duty of care for

passenger/baggage/aminals. According to Contract of carriage Dog in cabin is substitite the carry-on bag.

Defendant breached these duties and refused to transport Plaintiff with baggage and pet.

Under article 19 of Montreal convention airlines responsible for delay passenger/baggage.

Under article 27 of Montreal convention carrier can refuse to ENTER to contract, but contract

was paid, confirmed and issued boarding pass, so adding Plaintiff to no-fly list was premature.

Denying to board in SFO, CA has done with intent to cause damage to Plaintiff, so liability limits

from article 22 of Montreal convention should not be applied due reckless act of carrier.

Under articles 1.3 and 36 of Montreal convention flight SFO-RIX-ATL-SFO considered as single international trip with cost $1165.81

Under article 33 of Montreal convention lawsuit can be filed in California, as place of business where contract was

made and as place of departure/destination SFO airport. Under article 22 of Montreal convention

Defendant must pay real expenses on lost flights/hotels/pet $1'554.93 (=1007+97+158+100+80+113).

Under article 22 of Montreal convention Defendant must pay $155 as 10% fee for using Plaintiff's money & refuse to compensate

Defendant must pay all new expenses on flights/hotels/work $2'634.27 (=1254+525+5+113+70+146+520).

Defendant must refund Plaintiff a litigation fee $405. ADA 1978 provides framework to sue

any airline in federal court for breach of contract. Contract was made in SFO, CA.

Flights suppose to start-end in SFO, CA. Defendant has regular flights to/from California and doing

business here. Defendant failed to register business in California secretary of State, so

all contracts starting/ending in California are VOID by default.

_____2_____ **Claim**

Name the law or right violated:

CLRA 1750 - unfair and deceptive business practices under ADA 1978

Name the defendants who violated it:

Scandinavian Airlines System Denmark-Norway-Sweden

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Defendant concluded paid contract on transportation. To retaliate Plaintiff Defendant

silently added Plaintiff to no-fly list. Defendant issued bording pass to Plaintiff, but

intentionally denied boarding in SFO, California to make damage of Plaintiff.

Plaintiff has got severe emotional distress and was not able to fly to Copengahen or any city of Denmark.

Plaintiff was disciminated by nationality and origin as USA citizen and was not able to select seats.

This is unfair and deceptive practices of Defendant. It should be stopped by court.

ADA 1978 allowed federal courts to regulate a civil aviation. Defendant must pay fine for this act.

Defendant should pay fine for punitive damages and stop this practice. Plaintiff has got

Law allows to issue fine up to $2500 on Defendant for unfair and deceptive practices.

Annual revenue of Defendant is about $4.1B, so 10% of revenue is enough as punitive damages.

Court should suspend flights of Defendant to USA.

**First Claim**

Name the law or right violated:

TORT - Intentional Infliction of Emotional Distress (IIED) under ADA 1978

Name the defendants who violated it:

Scandinavian Airlines System Denmark-Norway-Sweden

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Defendant has a duty of care for passenger/baggage/pet. Plaitniff concluded contract with Defendant.

Defendant intentionally added Plaitifff to no-fly llist and did not tell Plaintiff about it

Defendant intentionally issued boarding pass to Plaintiff and not allowed to select seat due USA citizenship

Defendant discriminated Plaitiff by origin for collecting miles to Delta airlines instead of SAS.

Defendant intenitionally denied boarding Plaintiff to Europe in SFO airport, CA to make a damage.

Defendant intentionally intimidated Plaintiff in public in SFO when he stated about intention to visit Russia through Denmark.

Defendant violated paid contract and violated articles 19, 27 of Montral convention.

Defendant violated article 22 of Montreal convention when refused to issue compensation under USA laws

and refused to issue compensantion 600euro under Europe laws.

Plaitniff has got severe emotional distress. Defendant must pay $250'000 to cover it.

Defendant was engaged in extreme/outrageous conduct with the intent to cause emotional distress to Plaintiff as Russian and USA citizen.

Defendant's extreme/outrageous conduct caused Emotional distress suffered by the Plaintiff.

Each contract and T&C have mandatory compliance with international triaties, like Montreal convention

Breaching Montreal convention Defendant automatically breached own contract and own Terms and Conditions.

Cost of contract and all expenses on hotels/pets should be reimbursed as breach of contract.

Cost of expenses on new tickets/hotels/pets should be also reimbursed.

To prevent this issue in the future Defendant must pay punitive damages as 10% of annual revenue

Revenue is $4.1B, so Defendant is owe Plaintiff $410'000'000. Defendant should cover a future expenses on private jet to Europe $12'000'000 (=2 * 12months * $10'000 * 50 years).

_____4_____ **Claim**

Name the law or right violated:
 Breach of contract

Name the defendants who violated it:
 Scandinavian Airlines System Denmark-Norway-Sweden

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make legal arguments. You can refer to your statement of facts.

Each arline has duty of care passengers, baggage and toward animals to ensure that basic needs were met. Transportation is basic needs in civil aviation.

Plaintiff concluded paid contract with Defendant on international flight SFO-RIX-ATL-SFO.

Later, Defendant intentionally added Plaintiff to no-fly list to damage Plaintiff in violation of article 27 of Montreal convention. Defendant issued boarding pass to Plaintiff, but during check-in the baggage and pet Plaintiff was denied boarding when presented Russian and USA passports.

Defendant intimidated Plaintiff in public that he is not going and will be delayed in California forever in violation of article 19 of Montreal convention. Defendant breached own T&C and contract.

Defendant refused to pay compensation and even to refund money for flights/hotels.

Defendant refused to issue SAME boarding pass on Lufthansa or LKM airlines for same route and pushed Plaintiff from airport without any help. Defendant breached contract when refused Plaintiff in transortation and violated article 22 of Montreal convention to reimburse real expenses or provide alternartive flight on same route SFO-RIX-ATL on same date.

Defendant breached duties of care and refused in executiohn of paid contract intentionally to damage Plaintiff and make maximum damages. Pliaintiff have to purchase new ticket and spend his money on new tickets/hotels. Plaintiff missed 1 workning day due reckness act of Defendant.

Plaintiff has got severe emotional distress due this action. Defendant should pay emotional distress $250'000

Defendant should efund tickets/hotel cost and pay real expenses for new tickets/hotels

Defendant should pay punitive damages $410'000'000 as 10% of annuan revenue of Defendant for 2024/2025.

Defendant should stop flying to USA and temporary suspend flights to California due absence of registered business in California Secretary of state. Under ADA 1978 federal court can hear this claim.

_____ ~~S~~ **Claim**

Name the law or right violated:

California business registration laws and USA/California Taxation codes

Name the defendants who violated it:

Scandinavian Airlines System Denmark-Norway-Sweden

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Defendant has failed to register business in CA, but doing regular flights to SFO/LAX, so agent for service is absent in CA.

Failure to register a foreign business leads to serious consequences, including voiding all contracts.

California laws allow for all contracts entered into during the period of non-registration to be voided.

Defendant breached ALL contracts and should refund all money to Plaintiff.

Defendant who is not in compliance with California's registration requirements may be suspended.

Under California revenue and Taxation code Defendant generally considered to be doing business in California for income and tax purposes. Defendant has not registered in any state in USA.

Law allows court's discussion of ANY problem in civil case in courts. California General Attorney should be served.

This is misleading Business practice, as Defendant must be registered in CDTFA before fly to/from California. And as a conclusion - Defendant could not hire any USA attorney.

Defendant's business should be temporary suspended in California. Defendant must immediately registered its name in California Secretary of State.

All contracts of Defendants starting/ending flights in California should be VOID.

COMPLAINT                          PAGE ___ OF ___                          JDC TEMPLATE, UPDATED 11/2024

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

Defendant must reimburse Plaintiff cost of tickets/hotels/pets $1007.33 + 85euro + $158.48 + $99.57

+ 70euro + 99euro as breach of international contract. Defendant must pay Plaintiff $155 as 10% of

prejudgment fee for using Plaintiff's money and refusing to compensate. Defendant must reimburse $405 court fee.

Defendant must reimburse Plaintiff expenses on flights/hotels $1254.63 + $525 + $5.60 + $113.58 + 61euro + 128euro.

Defendant must reimburse Plaintiff 1 missing working day $520. Defendant must pay Plaintiff

emotional distress $250'000 & punitive damages $410'000'000 as 10% of revenue, plus future expenses $12'000'000

Defendant must remove Plaintiff from no-fly list as silent and premature act.

Defendant must suspend all flights to/from California until registered business in California.

Defendant must stop fling to USA as Plaintiff was discriminated by nationality and origin.

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 01/07/2026        Sign Name: _____

Print Name: Sergey Pirsov

# EXHIBITS

**From:** **justfly.com** no-reply@justfly.com
**Subject:** Your justfly.com booking is confirmed! Riga, LV (RIX – Riga International) - Thu, Dec 4 (Booking # 286-229-491)
**Date:** November 7, 2025 at 7:58 PM
**To:** sfirsov1972@gmail.com



# justfly.com

Support     My booking     Make a new booking

# Your booking is confirmed with justfly.com!

justfly.com Booking Number: **286-229-491**

SAS Confirmation Number: **A2LRUG**

## Travellers

**Sergey Firsov (Primary)**

E-Ticket:                                         117-7382093912

Email:                                  sfirsov1972@gmail.com

Phone:                                        +1 650-210-6804

**View my booking**

## Itinerary

### Departure (1 Stop)

**San Francisco (SFO)** to **Copenhagen (CPH)**

| | | |
|---|---|---|
| **SAS** Flight 936 | **Thu, Dec 4, 04:40 PM - Fri, Dec 5, 12:00 PM** Airline confirmation: **A2LRUG** Cabin: Economy | |

Flight duration: 10h 20m

Layover: 2h 5m

**Copenhagen (CPH)** to **Riga (RIX)**

| | | |
|---|---|---|
| **SAS**<br>Flight 9610 | **Fri, Dec 5, 02:05 PM - Fri, Dec 5, 04:25 PM**<br>Airline confirmation: **A2LRUG**<br>Operated by: **airBaltic**<br>Cabin: Economy | |

Flight duration: 1h 20m

Total trip time: **13h 45m**

**Return** (1 Stop)

**Riga (RIX)** to **Copenhagen (CPH)**

| | | |
|---|---|---|
| **SAS**<br>Flight 9609 | **Sat, Dec 6, 07:15 AM - Sat, Dec 6, 07:40 AM**<br>Airline confirmation: **A2LRUG**<br>Operated by: **airBaltic**<br>Cabin: Economy | |

Flight duration: 1h 25m

Layover: 5h 35m

**Copenhagen (CPH)** to **Atlanta (ATL)**

| | | |
|---|---|---|
| **SAS**<br>Flight 929 | **Sat, Dec 6, 01:15 PM - Sat, Dec 6, 05:25 PM**<br>Airline confirmation: **A2LRUG**<br>Cabin: Economy | |

Flight duration: 10h 10m

Total trip time: **17h 10m**

Price summary

## Price Summary

| Product | Price |
|---|---|
| Base Fare (Adult) | $544.00 |
| Taxes & Fees (Adult) | $463.33 |
| Total Price (Per Adult) | $1,007.33 |
| Grand Total (USD) | $1,007.33 |



## Support

|  **Messaging** <br> Message us 24/7 |  **Text** <br> Click to text us |  **Call** <br> 1-800-717-5015 |
|---|---|---|

 **Need a place to stay?**
The best hotels sell out fast—lock in top stays now and save up to **20% OFF**

**Find a hotel**

 **Need travel insurance?**
Life can be full of surprises—make sure your travel plans are protected.

**Find a plan**

## Additional information

**Payment Information**
Please note that your credit card may be charged in multiple charges adding up to the grand total listed above. We kindly ask that you wait for the total amount to process before inquiring



**From:** no-reply@flysas.com
**Subject:** Your Receipt from SAS for Other Service
**Date:** November 8, 2025 at 11:11 AM
**To:** SFIRSOV1972@gmail.com SFIRSOV1972@GMAIL.COM

```
********************* _____ *******************
EMD-117-4217622099 4    EMD PASSENGER RECEIPT        1A ELECTRONIC
                        MISCELLANEOUS
SCANDINAVIAN AIRLINES       08NOV25   CY     DOCUMENT
SAS CUSTOMER SERVICE     14491702 7906 9900 /PFSU
FIRSOV/SERGEY              PNR A2LRUG/1A NOT VALID FOR TRAVEL
BAGGAGE                         *******************

CPN 1 0BT PET IN CABIN
   OPERATING CC:SK
   ORIGIN:CPH
   DEST:ATL
   ICW: 1177382093912C4
   RMKS:

CPH SK ATL99.00EUR99.00END
```

```
EUR    99.00         CAXXXXXXXXXXXXX1903/ C 04226S
EUR        NEW TAXES  EXCH/
              ORIG ISS/
                   Org. Number SE 902001-7720
EUR    99.00
FOID- PP94195971
```

WHERE THIS DOCUMENT IS ISSUED FOR TRANSPORTATION, OR SERVICES OTHER THAN PASSENGER AIR TRANSPORTATION, SPECIFIC TERMS AND CONDITIONS MAY APPLY. THESE TERMS AND CONDITIONS MAY BE PROVIDED SEPARATELY OR MAY BE OBTAINED FROM THE ISSUING COMPANY OR AGENT.

DATA PROTECTION NOTICE: YOUR PERSONAL DATA WILL BE PROCESSED IN ACCORDANCE WITH THE APPLICABLE CARRIER'S PRIVACY POLICY AND, IF YOUR BOOKING IS MADE VIA A RESERVATION SYSTEM PROVIDER ("GDS"), WITH ITS PRIVACY POLICY. THESE ARE AVAILABLE AT http://www.iatatravelcenter.com/privacy OR FROM THE CARRIER OR GDS DIRECTLY. YOU SHOULD READ THIS DOCUMENTATION, WHICH APPLIES TO YOUR BOOKING AND SPECIFIES, FOR EXAMPLE, HOW YOUR PERSONAL DATA IS COLLECTED, STORED, USED, DISCLOSED AND TRANSFERRED. (APPLICABLE FOR INTERLINE CARRIAGE)

**airBaltic**

**Invoice**

| | |
|---|---|
| Invoice No.: | 1005282 |
| Booking ref.: | A2LRUG |
| Payment date: | 08.11.2025 |

Passenger:

**MR. SERGEY FIRSOV**

## Services

| | | |
|---|---|---|
| Pet transportation | EUR 70.00 | VAT 0% according to Latvian |
| Transaction fee | EUR 0.00 | Law on VAT Article §46(3);(4). |
| VAT 0% | EUR 0.00 | |

## Total                                    EUR 70

Service delivered by

**Air Baltic Corporation A/S**

Tehnikas 3
Riga International Airport
Marupes pag., Riga LV-1053, Latvia
VAT Reg. No. LV40003245752

For inquiries related to this itinerary (excluding the purchase
of extra services) or changes in it, please call +371 67006006
(free of charge for calls within Latvia; international calling
rates apply to calls from other countries).

**This is an informative invoice and is not subject to payment.**

**From:** **AC Hotels by Marriott Reservations** reservations@res-marriott.com
**Subject:** Reservation Confirmation #71212222 for AC Hotel Riga
**Date:** November 6, 2025 at 9:18 PM
**To:** sfirsov1972@gmail.com



ENHANCE YOUR STAY  |  SUMMARY OF CHARGES  |  CONTACT US



## AC Hotel Riga

📍 Dzirnavu Street 33 Riga 1010 Latvia          📞 +371-6-7 331 717

Thank you for booking with us, Sergey Firsov.

# We're taking care of the details.

Fri, Dec 05, 2025 – Sat, Dec 06, 2025
Confirmation Number: 71212222





| | | |
|---|---|---|
| Check-In: | Friday, December 5, 2025 | 03:00 PM |
| Check-Out: | Saturday, December 6, 2025 | 12:00 PM |

| | |
|---|---|
| Number of rooms | 1 Room |
| Guests per room | 1 Adult |
| Guarantee Method | Credit Card Guarantee, Master Card |

| Total for Stay (all rooms) | 85.00 EUR |
| --- | --- |

**Room 1**

| Room Type › | Comfort, Guest room, 1 King |
| --- | --- |

**Guaranteed Requests:**

Non-Smoking Room

**ALL REQUESTS ›**

**Manage Stay**

## Important Information About Your Stay

 In order to prepare for your upcoming stay, we invite you to **learn more** about what to expect when you arrive and the experiences that await you.



Unlock Extraordinary Travel with the Marriott Bonvoy® App

Book thousands of hotels and experiences worldwide, check in, chat with your hotel, and more – all on the app.

**Go Now**

**From:** **Four Points Reservations** reservations@res-marriott.com
**Subject:** Reservation Confirmation #71148712 for Four Points by Sheraton College Park Atlanta Airport
**Date:** November 16, 2025 at 8:31 PM
**To:** sfirsov1972@gmail.com



ENHANCE YOUR STAY  |  SUMMARY OF CHARGES  |  CONTACT US



FOUR POINTS
BY SHERATON

Four Points by Sheraton College Park Atlanta Airport

📍 1556 Phoenix Boulevard College Park, Georgia 30349 USA    📞 +1-678-9193002

Thank you for booking with us, Sergey Firsov.

# Get ready to kick back and relax

Sat, Dec 06, 2025 – Sun, Dec 07, 2025
Confirmation Number: 71148712





| Check-In: | Saturday, December 6, 2025 | 04:00 PM |
|---|---|---|
| Check-Out: | Sunday, December 7, 2025 | 11:00 AM |

| Number of rooms | 1 Room |
|---|---|
| Guests per room | 1 Adult |

Guarantee Method                Credit card deposit Master Card

Total for Stay (all rooms)                          99.57 USD

Room 1

Room Type ›                          Guest room, 1 King, City view

Guaranteed Requests:

None

ALL REQUESTS ›

**Manage Stay**

# Important Information About Your Stay

⚠  In order to prepare for your upcoming stay, we invite you to **learn more** about what to expect when you arrive and the experiences that await you.

⚠  Guests will receive housekeeping every other day; additional services available upon request.



**Unlock Extraordinary Travel with the Marriott Bonvoy® App**

Book thousands of hotels and experiences worldwide, check in, chat with your hotel, and



**From: United Airlines** Receipts@united.com
**Subject:** eTicket Itinerary and Receipt for Confirmation FDQ1MJ
**Date:** November 16, 2025 at 8:29 PM
**To:** sfirsov1972@gmail.com



Mon, Nov 17, 2025

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Get ready for your trip: Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# FDQ1MJ

| Flight 1 of 1 UA1259 | Class: United Economy (N) |
|---|---|

| Sun, Dec 07, 2025 | Sun, Dec 07, 2025 |
|---|---|
| **07:16 AM** | **09:45 AM** |
| Atlanta, GA, US (ATL) | San Francisco, CA, US (SFO) |

**Traveler Details**

FIRSOV/SERGEY

eTicket number: **0162349359820**

Seats: ATL-SFO -----

Frequent Flyer: UA-XXXXX346 Premier Silver

**Purchase Summary**

| | |
|---|---|
| Method of payment: | **Visa ending in 1612** |
| Date of purchase: | **Mon, Nov 17, 2025** |
| Airfare: | 133.19 |
| U.S. Transportation Tax: | 9.99 |
| U.S. Flight Segment Tax: | 5.20 |
| Passenger Civil Aviation Security Service Fee: | 5.60 |
| U.S. Passenger Facility Charge: | 4.50 |
| Total Per Passenger: | 158.48 USD |

| **Total:** | **158.48 USD** |
|---|---|

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.
NRF-BE/NOCHGDAFTDPT

**MileagePlus Accrual Details**







**From:** **United Airlines** Receipts@united.com
**Subject:** eTicket Itinerary and Receipt for Confirmation G474SC
**Date:** December 5, 2025 at 6:19 AM
**To:** sfirsov1972@gmail.com




Fri, Dec 05, 2025

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# G474SC

| Flight 1 of 4 UA58 | Class: United Economy (V) |
|---|---|
| Fri, Dec 05, 2025 | Sat, Dec 06, 2025 |
| **01:35 PM** | **09:35 AM** |
| San Francisco, CA, US (SFO) | Frankfurt, DE (FRA) |

| Flight 2 of 4 UA9192 | Class: Economy (V) |
|---|---|
| Sat, Dec 06, 2025 | Sat, Dec 06, 2025 |
| **10:45 AM** | **01:55 PM** |
| Frankfurt, DE (FRA) | Riga, LV (RIX) |

Flight Operated by Lufthansa.

If this is an originating flight on your itinerary, please check in at the LUFTHANSA ticket counter.

| Flight 3 of 4 UA9343 | Class: Economy (W) |
|---|---|
| Sun, Dec 07, 2025 | Sun, Dec 07, 2025 |
| **02:35 PM** | **04:00 PM** |
| Riga, LV (RIX) | Frankfurt, DE (FRA) |

Flight Operated by Lufthansa.

If this is an originating flight on your itinerary, please check in at the LUFTHANSA ticket counter.

| Flight 4 of 4 UA8831 | Class: Economy (W) |
|---|---|
| Mon, Dec 08, 2025 | Mon, Dec 08, 2025 |

# 10:30 AM

Frankfurt, DE (FRA)

# 02:30 PM

Atlanta, GA, US (ATL)

Flight Operated by Lufthansa.

If this is an originating flight on your itinerary, please check in at the LUFTHANSA ticket counter.

## Traveler Details

FIRSOV/SERGEY

**eTicket number: 0162354311632**
Frequent Flyer: UA-XXXXX346 Premier Silver

Seats: SFO-FRA -----
**FRA-RIX -----**
**RIX-FRA -----**
**FRA-ATL -----**

## Purchase Summary

Method of payment:
Date of purchase:

**Visa ending in 1612**
**Fri, Dec 05, 2025**

| | |
|---|---:|
| Airfare: | **1071.00** |
| U.S. Transportation Tax: | **45.80** |
| Passenger Civil Aviation Security Service Fee: | **5.60** |
| Germany Airport Security Charge: | **13.80** |
| Germany Passenger Service Charge: | **82.50** |
| Latvia Passenger Departure and Security Tax: | **4.40** |
| U.S. APHIS User Fee: | **3.84** |
| Latvia Security Charge: | **8.80** |
| U.S. Immigration User Fee: | **7.00** |
| U.S. Customs User Fee: | **7.39** |
| U.S. Passenger Facility Charge: | **4.50** |

Total Per Passenger: 1254.63 USD

## Total: **1254.63 USD**

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NRF-BE/NOCHGDAFTDPT/NOASR

## MileagePlus Accrual Details

| Sergey Firsov | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Fri, Dec 05, 2025 | 58 | San Francisco, CA, US (SFO) to Frankfurt, DE (FRA) | 3710 | 530 | 0 |
| Sat, Dec 06, 2025 | 9192 | Frankfurt, DE (FRA) to Riga, LV (RIX) | 518 | 74 | 0 |
| Sun, Dec 07, 2025 | 9343 | Riga, LV (RIX) to Frankfurt, DE (FRA) | 483 | 69 | 0 |
| Mon, Dec 08, 2025 | 8831 | Frankfurt, DE (FRA) to Atlanta, GA, US (ATL) | 2800 | 400 | 0 |
| MileagePlus accrual totals: | | | 7511 | 1073 | 0 |

**From:** **AC Hotels by Marriott Reservations** reservations@res-marriott.com
**Subject:** Reservation Confirmation #71212222 for AC Hotel Riga
**Date:** December 4, 2025 at 5:05 PM
**To:** sfirsov1972@gmail.com



ENHANCE YOUR STAY  |  SUMMARY OF CHARGES  |  CONTACT US



# AC Hotel Riga

📍 Dzirnavu Street 33 Riga 1010 Latvia          📞 +371-6-7 331 717

Thank you for booking with us, Sergey Firsov.

# We're taking care of the details.

Sat, Dec 06, 2025 – Sun, Dec 07, 2025
Confirmation Number: 71212222



Check-In:     Saturday, December 6, 2025                    03:00 PM

Check-Out:  Sunday, December 7, 2025                      12:00 PM

| | |
|---|---|
| Number of rooms | 1 Room |
| Guests per room | 1 Adult |
| Guarantee Method | Credit Card Guarantee, Master Card |

| Total for Stay (all rooms) | 128.00 EUR |
|---|---|

**Room 1**

| Room Type › | Comfort, Guest room, 1 King |
|---|---|

**Guaranteed Requests:**

Non-Smoking Room

ALL REQUESTS ›

**Manage Stay**

## Important Information About Your Stay

 In order to prepare for your upcoming stay, we invite you to **learn more** about what to expect when you arrive and the experiences that await you.



### Unlock Extraordinary Travel with the Marriott Bonvoy® App

Book thousands of hotels and experiences worldwide, check in, chat with your hotel, and more – all on the app.

**Go Now**

**From:** **MOXY HOTELS Reservations** reservations@res-marriott.com
**Subject:** Reservation Confirmation #92681014 for Moxy Frankfurt Airport Kelsterbach
**Date:** December 5, 2025 at 7:20 AM
**To:** sfirsov1972@gmail.com



ENHANCE YOUR STAY  |  SUMMARY OF CHARGES  |  CONTACT US

## Moxy Frankfurt Airport Kelsterbach

📍 Am Weiher 1 Kelsterbach 65451 Germany          📞 +49-6107-989790

## Thank you for booking with us, Sergey Firsov.

# Let the fun begin.

Sun, Dec 07, 2025 – Mon, Dec 08, 2025
Confirmation Number: 92681014

| | |
|---|---|
| **Check-In:** Sunday, December 7, 2025 | 03:00 PM |
| **Check-Out:** Monday, December 8, 2025 | 12:00 PM |

| | |
|---|---|
| Number of rooms | 1 Room |
| Guests per room | 1 Adult |
| Guarantee Method | Credit Card Guarantee, Master Card |

| Total for Stay (all rooms) | 61.00 EUR |
|---|---|

**Room 1**

| Room Type › | 1 Queen Bed, Moxy Sleeper Room |
|---|---|

Guaranteed Requests:

Shower Only

**ALL REQUESTS ›**

**Manage Stay**

## Important Information About Your Stay

 In order to prepare for your upcoming stay, we invite you to **learn more** about what to expect when you arrive and the experiences that await you.

 **Unlock Extraordinary Travel with the Marriott Bonvoy® App**

Book thousands of hotels and experiences worldwide, check in, chat with your hotel, and more – all on the app.

**Go Now**

**From: Four Points Reservations** reservations@res-marriott.com
**Subject:** Reservation Confirmation #71148712 for Four Points by Sheraton College Park Atlanta Airport
**Date:** December 6, 2025 at 7:18 AM
**To:** sfirsov1972@gmail.com



ENHANCE YOUR STAY  |  SUMMARY OF CHARGES  |  CONTACT US

 **Four Points by Sheraton College Park Atlanta Airport**

📍 1556 Phoenix Boulevard College Park, Georgia 30349    📞 +1-678-9193002
USA

Thank you for booking with us, Sergey Firsov.

# Get ready to kick back and relax

## Mon, Dec 08, 2025 – Tue, Dec 09, 2025
Confirmation Number: 71148712





| Check-In: | Monday, December 8, 2025 | 04:00 PM |
|---|---|---|
| Check-Out: | Tuesday, December 9, 2025 | 11:00 AM |

| | |
|---|---|
| Number of rooms | 1 Room |
| Guests per room | 1 Adult |

Guarantee Method          Credit Card Guarantee, Master Card

Total for Stay (all rooms)                              113.58 USD

Room 1

Room Type ›                    Standard, Guest room, 1 King

Guaranteed Requests:

None

**ALL REQUESTS ›**

**Manage Stay**

# Important Information About Your Stay

⚠     In order to prepare for your upcoming stay, we invite you to **learn more** about what to expect when you arrive and the experiences that await you.

⚠     Guests will receive housekeeping every other day; additional services available upon request.



Unlock Extraordinary Travel with the Marriott Bonvoy® App

Book thousands of hotels and experiences worldwide, check in, chat with your hotel, and

**From: United Airlines** Receipts@united.com
**Subject:** eTicket Itinerary and Receipt for Confirmation HRL0PV
**Date:** December 6, 2025 at 7:22 AM
**To:** sfirsov1972@gmail.com



                                               Sat, Dec 06, 2025

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Get ready for your trip: Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# HRL0PV

| Flight 1 of 1 UA1259 | Class: United Economy (XN) |
|---|---|
| Tue, Dec 09, 2025 | Tue, Dec 09, 2025 |
| **07:16 AM** | **09:45 AM** |
| Atlanta, GA, US (ATL) | San Francisco, CA, US (SFO) |

**Traveler Details**

FIRSOV/SERGEY

eTicket number: **0162354566067**                                   Seats: **ATL-SFO 25A**
Frequent Flyer: **UA-XXXXX346 Premier Silver**

**Purchase Summary**

| Method of payment: | **Miscellaneous Document** |
|---|---|
|  | **MileagePlus XXXXX346** |
| Date of purchase: | **Sat, Dec 06, 2025** |
| Airfare: | 0.00 |
| Passenger Civil Aviation Security Service Fee: | 5.60 |
| Total Per Passenger: | 15,000 miles + 5.60 USD |

| **Total:** | **15,000 miles + 5.60 USD** |
|---|---|

**Payment Info**

Remaining value of your previous ticket numbers 0162354427648 was applied to this purchase.

**MileagePlus Accrual Details**

| Sergey Firsov | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | POP | POF |



**From:** SAS Liability customer_liability@sas.se
**Subject:** RE: OACP Complaint #202512913665_Sergey firsov_Has Been Submitted - [ thread::TifQyYjQPy-jxeefS4lmXC0,UyqrJmVvMfKMYPYm1zg0A18:: ]
**Date:** December 19, 2025 at 4:08 AM
**To:** sfirsov1972@gmail.com





**U.S. Department of Transportation, DOT**
**U.S. DOT case number**: 202512913665
**SAS internal case number**: 07349593

_____

Dear Sergey,

Thank you for contacting us.

We are in receipt of your claim from the U.S. DOT, and are currently working on resolving this. If we need any additional information from you, we will let you know.

We will get back to you shortly.

Best regards / Bästa hälsningar,
**Rebecca**
Customer Liability Specialist
SAS Customer Service

**SAS**
**Scandinavian Airlines System**
**Denmark-Norway-Sweden**

Address: DK-2770 Kastrup / P.O. Box 144, NO-2061 Gardermoen / SE-195 87 Stockholm
Visit: Frösundaviks Allé 1

Reg. No. Denmark: 35421041 – Norway:961 510 740 – Sweden & International: 902001-7720
flysas.com, Facebook, X, Youtube

--------------- Original Message ---------------
**From:** Office of Aviation Consumer Protection [oacp@dot.gov]
**Sent:** 2025-12-04 09:59
**To:** customer_liability@sas.se; oacp@dot.gov
**Subject:** OACP Complaint #202512913665_Sergey firsov_Has Been Submitted - thread::UyqrJmVvMfKMYPYm1zg0A18::





Dear Airline or Ticket Agent Representative:

This notification is to alert you that a consumer has filed an air travel service complaint against your company.

We ask that you respond directly to the consumer and provide a copy of your response to DOT.
A summary of the complaint filed against your company is provided below.

**OACP Complaint Number: 202512913665**

**Consumer Information:**

**I am a(n)** Passenger

**Passenger Information**

Name: Sergey Firsov

**Flight Information:**

**Did your trip start, end, or pass through the U.S. or a U.S. Territory?** Yes

**Were you successfully able to complete your booking?** Yes

**Please identify who this complaint is about:** Sas (SK)

**Did you purchase your ticket directly with an Airline?** Yes

**If known, please enter your Confirmation Number / Confirmation Code.** A2LRUG

**Flight Itinerary:** Round Trip

**List the flights related to your submission.**

**Airline:** Sas (SK)

**Flight Number:** 936

**Flight Date:** December 4, 2025

**From (Departure Airport):** US - San Francisco - San Francisco International (SFO)

**To (Arrival Airport):** DK - Copenhagen - Kastrup (CPH)

**Previously contacted OACP about this matter:** N/A

**Complaint Workflow:**

**What do you want to report to DOT? A problem with:**

- <u>Case Reason</u>: Discrimination
- <u>Additional Case Reason(s)</u>: Reservations/Booking/Ticketing

**What was the main problem?**

- <u>Subcategory</u>: Other Discrimination Factor
- <u>Additional Subcategories</u>: Other Reservation/Ticketing/Boarding Issue;

**From:** **Customer Claims** customercare@sas.se
**Subject:** Case status update: 07351537
**Date:** December 30, 2025 at 12:08 AM
**To:** sfirsov1972@gmail.com



Hi !

Thank you for contacting SAS! We are sorry that your trip did not go according to plan.

Unfortunately, we are not able to meet your request for compensation.

Explanation of the decision: The flight you have requested compensation for is not marked with the SAS. This means that the flight in question was operated by a carrier other than SAS.

With reference to point 7 of the preambles to EU Regulation 261/2004, the obligations arising from the regulation rest with the air carrier that performs or intends to perform the flight, either with its own aircraft or with aircraft it leases with or without crew or also on any other basis.

According to the regulation, the airline that intended to operate the cancelled or delayed flight is the airline responsible for issuing any compensation. Therefore, you should submit your compensation claim to Air Baltic 136 in this case.

Thank you for understanding.

We hope to see you onboard soon.


Kind regards,
SAS Customer Service