UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

Plaintiff,

v.

SCANDINAVIAN AIRLINES SYSTEM
DENMARK-NORWAY-SWEDEN,

Defendant.

Case No. 26-cv-00305-TSH

**ORDER TO SHOW CAUSE**

On April 12, 2026, Plaintiff Sergey Firsov filed this complaint against Scandinavian Airlines System Denmark-Norway-Sweden.  To date, Plaintiff has failed to show Defendant has been served in compliance with Federal Rule of Civil Procedure 4.

Proper service of process is a prerequisite to the Court's exercise of personal jurisdiction over a defendant.  Fed. R. Civ. P. 4(k).  "'A federal court is without personal jurisdiction over a defendant unless the defendant has been served in accordance with Federal Rule of Civil Procedure 4.'"  *Crowley v. Bannister*, 734 F.3d 967, 974–75 (9th Cir. 2013) (quoting *Travelers Cas. & Sur. Co. of Am. v. Brenneke*, 551 F.3d 1132, 1135 (9th Cir. 2009)).  "[N]othing in the Federal Rules of Civil Procedure allows a judge to excuse service altogether.  Actual notice to the defendant is insufficient; the plaintiff must comply with the directives of Rule 4."  *McMasters v. United States*, 260 F.3d 814, 817–18 (7th Cir. 2001) (citation omitted).  "Pro se parties are not excused from the service requirements of Rule 4."  *Dunlap v. San Francisco*, 2026 WL 50753, at *1 (N.D. Cal. Jan. 7, 2026) (citing *Brown v. Wachovia Bank*, 244 F.R.D. 16, 19 (D.D.C. 2007)).

"If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m). Accordingly, the Court **ORDERS** Plaintiff to show cause, in writing and no later than May 7,

United States District Court
Northern District of California

2026, why this case should not be dismissed for failure to serve within the time required by Rule 4(m).  Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed.  Thus, it is imperative the Court receive a written response by the deadline above.

The Court again encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982.  At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation.  More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case.  The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: April 27, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2