UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

          Plaintiff,

    v.

SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN,

          Defendant.

Case No.  26-cv-00305-TSH

**ORDER DISCHARGING SHOW CAUSE ORDER AND SETTING SERVICE DEADLINE**

On January 12, 2026, Plaintiff Sergey Firsov filed this complaint against Scandinavian Airlines System Denmark-Norway-Sweden.  As Plaintiff had failed to show Defendant has been served in compliance with Federal Rule of Civil Procedure 4, on April 27, 2026 the Court ordered him to show cause why this case should not be dismissed for failure to serve within the time required by Rule 4(m).  ECF No. 21.  Plaintiff has now filed a response indicating he hired an international process server in Sweden and needs more time.  Accordingly, the Court **DISCHARGES** the show cause order.  The deadline for Plaintiff to complete service is **EXTENDED** to June 17, 2026.

    **IT IS SO ORDERED.**

Dated: May 19, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California